FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
11 Oct. 2023 2:14 PM ls
Lucy H. Carrillo, Clerk of Court

CC: DKW/KJM/FILER (by email)

Noa Kanealii Io Pono I Kelii Ua Mau
Aliomanu, Koolau
Mokupuni Kauai
Ko Hawaii Pae Aina. H. I.

CIVIL NO. 1:23-CV-00276-DKW-KJM

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Noa Kanealii Io Pono I Kelii Ua Mau, an Kanaka-Maoli, Ko Hawaii Pae Aina

*Plaintiff*,

vs.

KALALEA TRUST, Carl Langschmidt; KALALEA PLANTATION LLC, Benjamin F. Garfinkle; MOLOAA FARMS LLC, Jeffrey Linder; STATE OF HAWAII, Gov. Josh Green, Attorney General, Anne E. Lopez, Secretary of State, Sylvia Luke; Mark Recktenwald, Tyler C. Saito; Michael Soong, Hiro Shimada, Todd G. Raybuck and Mathew Bracken; US FEDERAL GOVERNMENT; US CONGRESS, Kevin McCarthy, Charles E. Shumer; US PRESIDENT, Joseph Robinette Biden Jr.; US DEPARTMENT OF JUSTICE, Attorney General, Merrick Garlend, US DEPARTMENT OF STATE, Secretary of State: Antony Blinken; US FEDERAL BUREAU OF INVESTIGATION, Director, Christopher A. Wray, Special Agent, Robert M. King; UNITED STATES OF AMERICA; KO HAWAII PAE AINA, Prime Minister, Keliihuluhulu: Alfred Spinney; Attorney General, Thomas Anthony and Deputy Foreign Minister, Hawe Keliikoa, Et Alii.

*Defendants*,

NOTE VERBALE
CONTINUING NOTICE OF GENOCIDE
**PLAINTIFF'S FIRST AMENDED COMPLAINT**
<u>CERTIFICATE OF SERVICE</u>

1

NOTE VERBALE
CONCERNING THE EXPROPRIATION OF PRIVATE KULEANA PROPERTIES DURING THE CONTINUING CAMPAIGN AND CRIME OF GENOCIDE OF THE KANAKA MAOLI OF THE KO HAWAII PAE AINA

--------------------------------------------------

*"Generally speaking, **genocide** does not necessarily mean destruction of a nation. It is intended rather to signify a coordinated plan of different actions aiming at the destruction of essential foundations of the life of national groups, with the aim of annihilating the groups themselves."*

*"The objectives of such a plan would be the disintegration of the political and social institutions, of culture, language, national feelings, religion, and the economic existence of national groups, and the destruction of the personal security, liberty, health, dignity, and even the lives of the individuals belonging to such groups. **Genocide** is directed against the national group as an entity, and the actions involved are directed against individuals, not in their individual capacity but as members of a national group."*

*(Rafael Lemkin, Axis Rule in Occupied Europe: Laws of Occupation, Analysis of Government, Proposal for Redress, Washington: Carnegie for Endowment for World Peace);*

***Genocide*** *has two phases: one, destruction of the national pattern of the oppressed group; the other, the imposition of the national pattern of the oppressor.*
*This imposition, in turn, may be made upon the oppressed population, which is allowed to remain, or upon the territory alone, after removal of the population and the colonization by the oppressor's own nationals.*

*By **genocide** we mean the destruction of and the annihilation and extermination of the individuals belonging to an ethnic and or national group.*

*Here the **genocide** is aimed at the persecuted and oppressed people, kanaka-maoli, kanaka-hawaii of the Ko Hawaii Pae Aina, national group known as "Hawaiian".*

*The crime and campaign of this **genocide** for the expropriation, pillaging and plundering of the private (kuleana) properties (rights) belonging to the people kanaka-maoli, kanaka-hawaii of the Ko Hawaii Pae Aina is continuing.*

*I, Noa Kanealii Io Pono I Kelii Ua Mau, an kanaka-maoli of the Ko Hawaii Pae Aina, a member of this persecuted and oppressed national group Hawaiian for the continuing crime and campaign of genocide carried-out by the Defendants.*

2

**PLAINTIFFS FIRST AMENDED COMPLAINT**

I.     INTRODUCTION

    I am the Plaintiff, Noa Kanealii Io Pono I Kelii Ua Mau. I am Kanaka-Maoli an ("Noa") Hawaiian, subject of the Hawaiian King. I am alien to the United States of America, I am not an American. Upon receiving additional info and names of the people with direct and proximate cause of my injuries and harm, I humbly file my First Amended Complaint reserving all of my rights to join and supplement any necessary entities or people into this matter as the unknown names become known.

II.    JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 USC. § 1331, as this case involves a federal question arising under the Constitution United States of America, Art. VI, Paragraph 2, 1849-1850 Hawaiian Treaty with the United States of America; US Code Title 28 Section 1350, and Section 1091 Chapter 50(a), the Proxmire Act, the UN Convention on the Prevention and Punishment of the Crime of Genocide, and the UN Convention on the Law of the Sea.

2. Venue is also proper in this district pursuant to 28 USC. § 1391(b)(2) as the Defendants, are entities and people subject to the jurisdiction while within the district of the court within the physical maritime and territorial boundaries of the Hawaiian Islands which Aupuni o Ko Hawaii Pae Aina operates.

III. <u>PARTIES</u>

1. Me and my family live upon our family private kuleana property at Aliomanu, Moku Koolau, Mokupuni Kauai, whose conduct at all relevant times is and are wholly within the physical maritime and jurisdictional territorial boundaries of the Hawaiian Islands (translated) Ko Hawaii Pae Aina.

2. Defendant, THE KALALEA TRUST REVOCABLE LIVING TRUST is to the best of my belief and knowledge an entity "TKT" organized with and by the Defendant STATE OF HAWAII, an corporation, "SOH" a construct created by Defendant US CONGRESS "US CON" and for the Defendant US FEDERAL GOVERNMENT "US GOV" whose last known address is wholly within the Ko Hawaii Pae Aina at: <u>4470 Wailapa Road, Kilauea, Island of Kauai, Hawaiian Islands</u>, and whose actions and conduct at all relevant times is and are wholly within the physical maritime and jurisdictional territorial boundaries of the Ko Hawaii Pae Aina (translation) Hawaiian Islands.

3. Defendant, Carl Langschmidt is to the best of my belief and knowledge an illegal immigrant foreign national a Canadian citizen, liable and responsible for his own actions and the conduct of TKT at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands and whose last known address is within the Ko Hawaii Pae Aina at: <u>4470 Wailapa Road, Kilauea, Mokupuni Kauai, Ko Hawaii Pae Aina. H. I.</u>

4. Defendant, Christine Cherith Langschmidt is to the best of my belief and knowledge an illegal immigrant foreign national a Canadian citizen, liable and responsible for her actions and the conduct of TKT at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Ko Hawaii Pae Aina and whose last known address is within the Hawaiian Islands at: 4470 Wailapa Road, Kilauea, Mokupuni Kauai, Ko Hawaii Pae Aina. H. I.

5. Defendant, KALALEA PLANTATION LLC is to the best of my belief and knowledge an entity "KPL" organized with and by the Defendant STATE OF HAWAII, an corporation, "SOH" a construct created by the Defendant US CONGRESS "US CON" for the Defendant US FEDERAL GOVERNMENT "US GOV" whose last known address is wholly within the USA at: 6623 LAS VEGAS BLVD. SOUTH SUITE 340, LAS VEGAS, Nevada 89119, and whose actions and conduct at all relevant times is and are wholly within the physical maritime and jurisdictional territorial boundaries of the Hawaiian Islands.

6. Defendant, Benjamin F. Garfinkle is to the best of my belief and knowledge an illegal immigrant foreign national, an US citizen, liable and responsible for his actions and the conduct of TKT at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands and whose last known address is within the Ko Hawaii Pae Aina at: 64-991 Mamalahoa Highway, Kamuela, Mokupuni Hawaii, Ko Hawaii Pae Aina. H. I..

7. Defendant, STATE OF HAWAII is "SOH" a corporation, an construct created by Defendant US CON for the Defendant US GOV, whose coordinated actions at all relevant times is wholly within the physical maritime and jurisdictional territorial boundaries of the Ko Hawaii Pae Aina and whose last known address is within the Hawaiian Islands at: <u>235 South Beretania St., Honolulu, Mokupuni Oahu, Ko Hawaii Pae Aina. H. I.</u>.

8. Defendants, Josh Greene, is to the best of my belief and knowledge an illegal immigrant foreign national a US citizen, liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and jurisdictional territorial boundaries of the Ko Hawaii Pae Aina and whose last known address is within the Hawaiian Islands at: <u>235 South Beretania St., Honolulu, Mokupuni Oahu, Ko Hawaii Pae Aina. H. I.</u>.

9. Defendant, Annie E. Lopez, is to the best of my belief and knowledge an illegal immigrant foreign national an US citizen liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last known address is within the Ko Hawaii Pae Aina at: <u>425 Queen Street, Honolulu, Mokupuni Oahu, Ko Hawaii Pae Aina. H. I.</u>.

10. Defendant, Sylvia Luke, is to the best of my belief and knowledge an illegal immigrant foreign national and a US citizen liable and responsible for her

actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last known address is within the Ko Hawaii Pae Aina at: <u>415 South Beretania Street Ste 5, Honolulu, Mokupuni Oahu, Ko Hawaii Pae Aina. H. I.</u>.

11. Defendant, Mark Recktenwald, is to the best of my belief and knowledge an illegal immigrant foreign national an US citizen liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last known address is within the Ko Hawaii Pae Aina at: <u>426 Queen Street, Honolulu, Mokupuni Oahu, Ko Hawaii Pae Aina. H. I.</u>.

12. Defendant, Tyler C. Saito, is to the best of my belief and knowledge an illegal immigrant foreign national a US citizen liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last known address is within the Ko Hawaii Pae Aina at: <u>4353 Waialo Rd, Eleele, Mokupuni Kauai, Ko Hawaii Pae Aina. H. I.</u>.

13. Defendant, Michael Soong, is to the best of my belief and knowledge an illegal immigrant foreign national a US citizen liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last

known address is within the Ko Hawaii Pae Aina at: 4442 Hardy St Ste 201, Lihue Mokupuni Kauai, Ko Hawaii Pae Aina. H. I..

14. Defendant, Hiro Shimada, is to the best of my belief and knowledge an illegal immigrant foreign national and a US citizen liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last known address is within the Ko Hawaii Pae Aina at: 3990 Kaana St Ste 200, Lihue Mokupuni Kauai, Ko Hawaii Pae Aina. H. I..

15. Defendant, Todd G. Raybuck is to the best of my belief and knowledge an illegal immigrant foreign national an US citizen liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last known address is within the Ko Hawaii Pae Aina at: 3990 Kaana St Ste 200, Lihue Mokupuni Kauai, Ko Hawaii Pae Aina. H. I..

16. Defendant, Mathew Bracken, is to the best of my belief and knowledge an illegal immigrant foreign national an US citizen liable and responsible for his actions and the conduct of SOH at all relevant times is and are wholly within the physical maritime and territorial boundaries of the Hawaiian Islands whose last known address is within the Ko Hawaii Pae Aina at: 4444 Rice Street Ste 220, Lihue Mokupuni Kauai, Ko Hawaii Pae Aina. H. I..

17. Defendant, US FEDERAL GOVERNMENT "US GOV" is to the best of my belief and knowledge a foreign corporation created outside of the Hawaiian Islands, within a 10 square mile radius known as District of Columbia, Washington and whose address is at: <u>1600 Pennsylvania Avenue NW, Washington DC 20500</u> whose actions and conduct at all relevant times is and are wholly within the physical maritime and jurisdictional territorial boundaries of the Ko Hawaii Pae Aina.

18. Defendant, UNITED STATES OF AMERICA is ("USA") to the best of my belief and knowledge, a foreign Nation created outside of the Hawaiian Islands, whose address is at: <u>1600 Pennsylvania Avenue NW, Washington DC 20500</u> and is historically known by "The unanimous Declaration of the thirteen united States of America" of July 4, 1776 as a Republic government created by the states, for the states, by the people, for the people, and on the date of September 9, 1776, the <u>Continental Congress</u> formally declaring the name of the new Nation to be the United States of America. Today the lower 48 States, State of Alaska and the Defendant STATE OF HAWAII all make up the States of the Union of the United States of America. I reserve my rights to join any necessary State of the Union into this matter for actions and conduct at all relevant times is and are wholly within the Ko Hawaii Pae Aina.

19. Defendant, US PRESIDENT Joseph Robinette Biden Jr. is ("JRB") to the best of my belief and knowledge, a US citizen elected as the Chief in Command for Defendant US GOV whose duty is to the Executive office, representing the Defendant USA and whose address is at: <u>1600 Pennsylvania Avenue NW, Washington DC 20500</u>  whose actions and conduct at all relevant times is and are wholly within the physical maritime and jurisdictional territorial boundaries of the Ko Hawaii Pae Aina.

20. Defendant, US DEPARTMENT OF STATE Antony J. Blinken, Secretary of State is ("SOS") to the best of my belief and knowledge a US citizen, appointed by Defendant JRB for Defendant US GOV whose duty to the Executive office representing the Defendant UNITED STATES OF AMERICA, whose address is at: <u>2201 C Street, NW, Washington DC District of Columbia 20522-0099</u> and whose actions and conduct at all relevant times is and are wholly within the Ko Hawaii Pae Aina (translated) Hawaiian Islands.

21. Defendant, US DEPARTMENT OF JUSTICE, "USDJ" Attorney General, Merrick Garlend is "MG" to the best of my belief and knowledge a US citizen who is appointed by Defendant JRB whose duty to the Executive office representing the Defendant USA, and whose address is at: <u>950 Pennsylvania Avenue, NW, Washington DC, 20530</u>, and whose actions and conduct at all

relevant times is and are wholly within the physical maritime jurisdictional territorial boundaries of the Ko Hawaii Pae Aina (translated) Hawaiian Islands.

22. Defendant, FEDER BUREAU OF INVESTIGATION, ("FBI") Director, Christopher A. Wray is ("CAW") to the best of my belief and knowledge a US citizen appointed by Defendant JRB for Defendant US GOV whose duty to the Executive office representing the Defendant USA, whose address is at: 935 Pennsylvania Avenue, NW, Washington DC, 20530, and whose actions and conduct at all relevant times is and are wholly within the physical maritime jurisdictional territorial boundaries of Ko Hawaii Pae Aina.

23. Defendant, Special Agent, Robert M. King is ("KING") to the best of my belief and knowledge a US citizen employed by Defendant FBI for the Defendant US GOV whose duty to the Executive office represents the Defendant USA, whose address is at: 935 Pennsylvania Avenue, NW, Washington DC, 20530, and whose [in]actions and conduct at all relevant times is and are wholly within the physical maritime and jurisdictional territorial boundaries of the Ko Hawaii Pae Aina (translated) Hawaiian Islands.

24. Defendant, AUPUNI O KO HAWAII PAE AINA, is, known by the published facts and recorded history, a Christian Constitutional Monachal government for the people, chiefs and kingdom of the Hawaiian Islands. Formally known by the publications of the 1839 Ka Palapala Hemolele by the American Bible Society.

Ka Palapala Hemolele, first translation of the Hebrew Bible i.e. The Holy Bible, into the oleo (ancient Hawaiian tongue) ihi ihi. Establishing then, what is to this day, the essential foundation of all the laws for the government, people, chiefs and kingdom of the Hawaiian Islands. With a physical maritime, a geographical jurisdictional territorial boundary (lands and sea), a natural free-born people, a Christian government "Govt" and kingdom of the Hawaiian Islands, declared and published by following: 1839 Declaration of Rights of Both the People and Chiefs of the Hawaiian Islands; 1840 Constitution of the Hawaiian Islands; the 1841, 1842 Translation of Laws of the Hawaiian Islands; the Christian claims over the Hawaiian (Archipelago) Islands by the 1843 Treaty's between France, England and Great Britian and the King of the Hawaiian Islands. The Statute Laws of His Majesty Kamehameha III King of the Hawaiian Islands 1845 and 1846 Vol I and 1847 Vol II.; 1848 Book of Division known as "Mahele Book", 1849-1850 Treaty between USA and the King of the Hawaiian Islands, 1850 Kuleana Act, 1851 Laws, 1852 Constitution, 1859 Civil Code of the Hawaiian Islands and the governance of the Executive, Legislative and Judiciary branches of Aupuni o Ko Hawaii Pae Aina (translated) Govt of the Hawaiian Islands.

25. Defendant, Keliihuluhulu: Alfred Spinney, an kanaka-maoli "KS" and living upon the aina of Palapala Sila Nui 2791, situate at the ahupuaa o Kahuku, Moku Kau, Mokupuni Hawaii. KS is the Kuhina Nui (Prime Minister) and the Kuhina

Kalaiaina (Minister of Interior) for Defendant AUPUNI O KO HAWAII PAE AINA. Kuhina Nui KS owes a duty under the laws of the Hawaiian Islands to protect the private kuleana property and rights belonging to me and my family situated wholly within the Ko Hawaii Pae Aina from the named Defendants.

26. Defendant, Thomas Anthony, an kanaka-Hawaii "TA" and is living upon the ahupuaa of Olaa, Moku Puna, Mokupuni Hawaii. TA is the Kuhina Loio (Attorney General) for the Defendant AUPUNI O KO HAWAII PAE AINA and owes a duty under the laws of the Hawaiian Islands to protect the private kuleana property and rights belonging to me and my family situated wholly within the Ko Hawaii Pae Aina from the named Defendants.

27. Defendants, Hawe Keliikoa an kanaka-maoli "HK" is living upon the ahupuaa Panaewa, Moku Hilo, Mokupuni Hawaii. HK is Kuhina Hope o ko na Aina E (Minister of Foreign Affairs) for the Defendant AUPUNI O KO HAWAII PAE AINA owes a duty under the laws of the Hawaiian Islands to protect the private kuleana property and rights belonging to me and my family situated wholly within the Ko Hawaii Pae Aina from the named Defendants.

IV. FACTUAL ALLEGATIONS

28. I am the Plaintiff, Noa Kanealii Io Pono I Kelii Ua Mau. On the 25th day of August while I am upon my families private kuleana properties at Aliomanu, Koolau, Mokupuni Kauai, attending to my kuleana lands, I am approached by a

man, Defendant Hiro Shimada with a deadly weapon (gun) I'm threatened with violence, unlawfully detained and forcefully removed from my private kuleana property. I am told if I return Defendant Hiro Shimada and others just like him will carry-out their threat of violence under a systemic command responsibility of Defendant Todd G. Raybuck, as a part of a continuing coordinated plan of different actions of the named Defendants Carl Langschmidt, Christine Cherith Langschmidt, Benjiman F. Garfinkle, Jeffrey Linder, Josh Green, Anne E. Lopez, Sylvia Luke, Mark Recktenwald, Tyler C. Saito, Michael Soong, Hiro Shimada, Mathew Bracken, Kevin McCarthy, Charles E. Shumer, Joseph Robinette Biden Jr., Merrick Garlend, Antony Blinken, Christopher A. Wray and Robert M. King (collectively "Genocidaires") are hired, employed or contracted by Defendants TKT, KP, US GOV, USA, US CON, FBI, SOS, USDJ and SOH to aid, abet and complicit in carrying-out the expropriation of private kuleana properties, during the continuing crime and campaign of Genocide aimed at the destruction of the essential foundations of life belonging to us, kanaka-maoli, kanaka-Hawaii people, for belonging to the ethnic national group "Hawaiian". Me and my family is at all relevant times in our conduct while domiciling within the physical maritime and jurisdictional territorial boundaries of the Hawaiian Islands, living in obedience of God peacefully.

14

29. The Genocidaires for the "named Defendants" TKT, KP, SOH, US GOV, US CON, FBI, SOS, US DJ and USA have for many many years tortiously and unlawfully expropriated the private kuleana properties belonging to me and my family situate within the Ko Hawaii Pae Aina. This ongoing expropriation is the likes of under color of law, color of office and color of authority, the continuing crime and campaign of genocide aimed at me, my family and all the people and chiefs living within the Ko Hawaii Pae Aina is a heinous evil against us.

30. The Genocidaires and named Defendants' actions violates US Code 28 Section 1350, which provides protect of alien individuals just like me and my ohana from the tortuous unlawful removal and deprivation of our property, rights, Christian liberty and freedoms, the continuing Notice of the continuing crime and campaign of genocide under the Proxmire Act, US Code 28 Section 1091 Chapter 50(a), and the UN Convention on the Prevention and Punishment of the Crime of Genocide, and the UN Convention on the Law of the Sea, including breaches of the 1849-1850 Hawaiian Treaty with the United States of America.

31. The Genocidaires and the named Defendants is committing and continuing to carry-out tortious acts and an unlawful removing of me and my family from our inheritance and homelands, the private kuleana properties and depriving us of our rights while upon our kuleana situate within the Ko Hawaii Pae Aina. This deprivation and forceful removal from our land for the expropriation of private

kuleana property belong to me and my family, is part of the continuing crime and campaign of the genocide targeting me, my family and all kanaka-Maoli, kanaka-Hawaii and haole people living within the Ko Hawaii Pae Aina just like me and my ohana.

32. The Genocidaires and named Defendants' actions violates the US Code 28 Section 1350, US Code 28 Section 1091 Chapter 50(a), the Proxmire Act, the UN Convention on the Prevention and Punishment for the Crime of Genocide, and the UN Convention on the Law of the Sea and breaches the 1849-1850 Hawaiian Treaty with the United States of America.

33. Defendants Kuhina Nui Keliihuluhulu: Alfred Spinney, Attorney General, Thomas Anthony and Deputy Foreign Minister Hawe Keliikoa are government officials for AUPUNI O KO HAWAII PAE AINA and are obligate and owe a duty under the laws of the Hawaiian Islands to Protect me and my family from the Genocidaires and the named Defendants, pursuant to the following: 1839 Declaration of Rights of both the People and Chiefs of the Hawaiian Islands, declared by Kamehameha III His Majesty the King of the Hawaiian Islands, 1840 and 1852 Constitution of the Hawaiian Islands, Statute Laws of His Majesty Kamehameha III King of the Hawaiian Islands 1845 and 1846 Vol I and 1847 Vol II, 1848 Mahele Book, 1849-1850 Kuleana Act passed by the Legislative Houses of Representatives and Nobles and the 1859 Civil Code of

the Hawaiian Islands and under all the Hawaiian judicial precedence protecting me and my from the Genocidaires and named Defendants criminal and civil injuries aimed at me and my family. Since at least the filing of this Notice and complaint none have come to the aid of the trespass and expropriation of our private kuleana lands and property rights during the continuing crimes and campaign of genocide directed against kanaka-maoli of the ko Hawaii pae aina just like me and my family.

V.   CLAIMS FOR RELIEF

Count I: Tortious Expropriation and Unlawful Removal

1. The Genocidaires and named Defendants' tortious actions and expropriation of private kuleana properties carried-out against me and my family by unlawfully removing us from our lands within the Ko Hawaii Pae Aina, encompassing the physical maritime and jurisdictional territorial boundaries of the Hawaiian Islands during the continuing crime and campaign of genocide constitutes a tort and deprivation in violation of our rights under US Code 28 Section 1350, US Code 28 Section 1091 Chapter 50(a), the Proxmire Act, violations of the UN Convention on the Prevention and Punishment for the Crime of Genocide, and the UN Convention on the Law of the Sea and in direct breach of the 1849-1850 Hawaiian Treaty with the United States of America,.

2. The Plaintiff seeks compensatory damages for the expropriation of his private kuleana property, including but not limited to the fair market value of the unlawfully seized lands, loss of the use, emotional distress, and any other damages suffered as a result of the Defendants' direct, proximate continuing and tortious actions.

3. The Plaintiff also seeks injunctive relief, requiring the Defendants to immediately cease all further coordinated plans of different actions for the expropriations and removal activities targeting kanaka-maoli, me and my family within the Ko Hawaii Pae Aina and to restore my possession and ownership of my private kuleana property rights over the Genocidaires and named Defendants unlawful expropriation of kuleana lands belonging to me.

4. The Plaintiff further requests the Court to impose punitive damages on the Genocidaires and named Defendants for their willful and malicious conduct in carrying out a campaign of genocide against Me, my family and all the kanaka-maoli kanaka-Hawaii and haole people living within the Ko Hawaii Pae Aina just like us.

## VI.  PRAYER FOR RELIEF

a. The Plaintiff respectfully requests that this Honorable Court:

b. Declares the Defendants' Tyler C. Saito, Michael Soong and Governor Josh Greene of State of Hawaii's actions to be in violation of US Code 28 Section

1350, USC 28 Section 1091 Chapter 50(a), the Proxmire Act, the UN Convention on the Prevention and Punishment for the Crime of Genocide, the UN Convention on the Law of the Sea, and the 1849-1850 Hawaiian Treaty with the United States of America.

c. Declares the Defendants' Kuhina Nui: Keliihuluhulu: Alfred Spinney Attorney General: Thomas Anthony and Deputy Foreign Minister: Hawe Keliikoa's actions to be in violation of 1839 Declaration of Rights by Kauikeaouli Kamehameha III His Majesty the King of the Hawaiian Islands, 1840 and 1852 Constitution, Book I of the 1845 and 1846 and Book II of the 1847 Statute Laws of His Majesty Kamehameha III King of the Hawaiian Islands, 1848 Mahele, 1850 Kuleana Act passed by the Legislative Houses of Representatives and Nobles and the 1859 Civil Code of the Hawaiian Islands.

d. Orders the Defendants to immediately cease all further campaigns of genocide and expropriation and removal activities targeting Noa, his ohana and all kanaka-maoli, kanaka-Hawaii and haole people living within the Ko Hawaii Pae Aina.

e. Requires the Defendants to restore Noa's possession and ownership rights over the unlawfully expropriated lands and to compensate him for the damages incurred, including fair market value, loss of use, emotional distress, and punitive damages.

f.  Awards the Plaintiff his reasonable attorney's fees, costs, and expenses incurred in pursuing this action.

g.  Grants any further relief as the Court deems just and proper.

## VII. JURY DEMAND

The Plaintiff further demands a trial by jury for all issues triable by jury.

## VERIFICATION NOTICE OF COMPLAINT

The undersigned Noa Kanealii Io Pono I Kelii Ua Mau declares under penalty of perjury that I am the plaintiff in the above action, that I have read the above complaint and that the information contained therein is true and correct.

s/ Noa Kanealii Io Pono I Kelii Ua Mau

## CERTIFICATE OF SERVICE

I, the Plaintiff Noa hereby certify that I will give a true and correct filed copy of my Plaintiffs First Amended Complaint to the US Marshals to serve upon all the named Defendants.

s/ Noa Kanealii Io Pono I Kelii Ua Mau

Dated: October 11, 2023

Respectfully submitted,

s/ Noa Kanealii Io Pono I Kelii Ua Mau