# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| NOA KANEALII IO PONO I KELII UA MAU,<br><br>      Plaintiff,<br><br>  V.<br><br>TYLER C. SAITO, *et al.*,<br><br>      Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00276 DKW-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 2, 2025<br><br>At 5 o'clock and 05 min pm<br>LUCY H. CARRILLO, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      On January 2, 2025, the Court issued its Entering Order, ECF No. 153 (January 2, 2025 Order).

      IT IS ORDERED AND ADJUDGED that this action is HEREBY DISMISSED without prejudice, pursuant to and in accordance with the January 2, 2025 Order, and the Entering Order, ECF No. 151, filed on December 9, 2024, and ECF No. 136, "Order (1) Granting in Part Certain Motions to Dismiss and Motions for Joinder, (2) Denying Plaintiff's Motion to Strike, and (3) Dismissing the Complaint with Leave to Amend," filed on June 3, 2024.

| | |
|---|---|
|     January 2, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |